UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

**United States of America,**

                                      **Plaintiff,**

                              **-v-**                                      **1:12-CV-154 (NAM/RFT)**

**Fred D. Stein,**

                                      **Defendant.**

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

APPEARANCES:

Manfredi Law Group, PLLC
John S. Manfredi, Esq., of counsel
302 East 19th Street
Suite 2A
New York, New York 10003
Attorney for Plaintiff

**Hon. Norman A. Mordue, U.S. District Judge:**

### MEMORANDUM-DECISION AND ORDER

The United States of America moves (Dkt. No. 6) for default judgment in this action to recover monies owed by defendant on a student loan. On July 9, 2012, the Government obtained a Clerk's Entry of Default (Dkt. No. 5). The Complaint and the Certificate of Indebtedness, incorporated by reference therein, establish the amount due and defendant's nonpayment. Plaintiff also submits a supplemental affirmation in support of its assertion that defendant is not in the United States military. Plaintiff has demonstrated its entitlement to the relief sought.

The record shows that on Loan 1 defendant is indebted to plaintiff in the principal sum of $7,453.29, plus interest through March 9, 2011 in the sum of $3,698.61, for a total of $11,151.90, plus additional accrued interest at 9% per annum from March 9, 2011 to the date of entry of the

judgment. The record further shows that on Loan 2 defendant is indebted to plaintiff in the principal sum of $1,823.33, plus interest through March 9, 2011 in the sum of $904.32, for a total of $2,727.65, plus additional accrued interest at 9% per annum from March 9, 2011 to the date of entry of the judgment. Further, plaintiff is entitled to recover its process server fee of $55.

It is therefore

ORDERED that plaintiff have default judgment against defendant for the sum of $13,879.55 plus accrued interest on that sum at 9% per annum from March 9, 2011 to the date of entry of the judgment, plus $55 costs.

IT IS SO ORDERED.

Date:   February 5, 2013
       Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge